AO 440 (Rev. 01/09) Summons in a Civil Action (Page 2)

Civil Action No. 2:15-CV-00697-SDW-SCM

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

This summons for *(name of individual and title, if any)* LANNETT HOLDINGS, INC.
was received by me on *(date)* 2/12/15

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____, or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* YASMIN JOHNSON (process agent), who is
designated by law to accept service of process on behalf of *(name of organization)* LANNETT HOLDINGS, INC.
103 FOULK RD. STE. 202 WILMINGTON, DE 19803   on *(date)* 2/12/15   AT 11:40 AM

☐ I returned the summons unexecuted because _____, or

☐ Other *(specify)*:
_____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____

I declare under penalty of perjury that this information is true.

Date: 2/12/15

*Server's signature*

KEVIN S. DUNN, PROCESS SERVER
*Printed name and title*

2500 Delaware Avenue
Wilmington, DE 19806

*Server's address* BUSINESS

Additional information regarding attempted service, etc:

Reliant Court Services, Inc.
3275 Veterans Hwy., Ste B-12
Ronkonkoma, NY 11779
NYC DCA Process Serving Agency Lic.# 1352164

SAUL EWING LLP
Corp/Business Service

**UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY**

**AFFIDAVIT OF SERVICE**


*41535*

Index no :**2:15-CV-00697-SDW-SCM**
Date of Purchase: **02/02/2015**
Office No:
N/A

| Plaintiff(s): | **CELGENE CORPORATION, ET AL.,** |
|---|---|
| Defendant(s): | **LANNETT HOLDINGS, INC., ET AL.,** |

STATE OF DELAWARECOUNTY OF NEW CASTLE    ss.:

**KEVIN S. DUNN**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to this action. I reside in the state of Delaware. I reside in New Castle county.

On **02/12/2015** at **11:40 AM**, I served the within **SUMMONS IN A CIVIL CASE; COMPLAINT** on **LANNETT HOLDINGS, INC.** a Domestic/Foreign Corporation/Other Entity (one of) the **Defendant(s)** at **103 FOULK RD., STE. 202, WILMINGTON, DE19803** in the manner indicated below:

By delivering to and leaving personally with **YASMIN JOHNSON, PROCESS AGENT** managing agent authorized to accept service, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | Black | Black | 50 | 5'4"-5'8" | 100-130 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on 2/12/15    X _____

Notary Public,

KEVIN S. DUNN
Reliant Court Services, Inc.
3275 Veterans Hwy., Ste. B-12
Ronkonkoma, NY 11779
NYC DCA Process Serving Agency Lic.#: 1382164

MELISSA HARMON
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires 12/29/2015