## RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 2-12-2015 at 12:16 PM |
|---|---|
| NAME OF SERVER (PRINT) Andrew Pedroza | TITLE PROCESS SERVER |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: 13200 TOWNSEND ROAD PHILADELPHIA, PA 19154

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

☑ Name of person with whom the summons and complaint were left: Sue D'Averse

☐ Returned unexecuted: _____

☐ Other (specify): LANNETT COMPANY, Inc.

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2-12-2015
             Date

Signature of Server
421 N. 7th STREET, STE 422
PHILADELPHIA, PA 19123
Address of Server  BUSINESS

RELIANT COURT SERVICES, INC.
3275 VETERANS HWY., STE. B-12
RONKONKOMA, N.Y. 11779
NYC DCA PROCESS SERVING Agency Lic. #
1382164

SAUL EWING LLP
Corp/Business Service

**UNITED STATES DISTRICT COURT, DISTRICT OF NEW JERSEY**

**AFFIDAVIT OF SERVICE**


*41537*

Index no :**2:15-CV-00697-SDW-SCM**
Date of Purchase: **02/02/2015**
Office No:
N/A

| Plaintiff(s): | CELGENE CORPORATION, ET AL., |
| Defendant(s): | LANNETT HOLDINGS, INC., ET AL., |

STATE OF PENNSYLVANIA COUNTY OF PHILADELPHIA   ss.:

**ANDREW PEDROZA**, the undersigned, being duly sworn, deposes and says:
I am over the age of 18 years and not a party to this action. I reside in the state of Pennsylvania. I reside in Philadelphia county.

On **02/12/2015** at **12:16 PM**, I served the within **SUMMONS IN A CIVIL CASE; COMPLAINT** on **LANNETT COMPANY, INC.** a Domestic/Foreign Corporation/Other Entity (one of) the **Defendant(s)** at **13200 TOWNSEND ROAD, PHILADELPHIA, PA19154** in the manner indicated below:

By delivering to and leaving personally with **SUE D'AVERSA, RECEPTIONIST** managing agent authorized to accept service, a true copy of each thereof.

Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of service as follows:

| Sex | Color of skin/race | Color of hair | Age(Approx) | Height(Approx) | Weight (Approx) |
|---|---|---|---|---|---|
| Female | Caucasian | Brown | 40-50 | 5'4"-5'8" | 161-200 lbs |
| Other Features: | | | | | |

Sworn to and subscribed before me on
February 12, 2015

Notary Public,

X_____
**ANDREW PEDROZA**
Reliant Court Services, Inc.
3275 Veterans Hwy., Ste. B-12
Ronkonkoma, NY 11779
NYC DCA Process Serving Agency Lic.#: 1382164

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
JONATHON R. SANDLER, Notary Public
City of Philadelphia, Phila. County
My Commission Expires October 10, 2017